# UNITED STATES BANKRUPTCY COURT
# EASTERN DISTRICT OF VIRGINIA

__Richmond__   Division

In re  Danzella Purnell Bates

Case No.  16-32921-KLP

Debtor(s)

Chapter  13

## ORDER GRANTING EXTENSION OF TIME TO FILE DEBTOR'S CERTIFICATION OF COMPLIANCE WITH 11 U.S.C. § 1328

The above debtor(s) having filed a motion for extension of time to file Debtor's Certification of Compliance with 11 U.S.C. § 1328, pursuant to Local Rule 4008-2, it is therefore

ORDERED that the time for filing the Debtor's Certification of Compliance with 11 U.S.C. § 1328 is extended until __7/12/2021__.[1] Failure to file the certification may result in the case being closed without an entry of a discharge order.

Date Jul 8 2021

/s/ Keith L Phillips
United States Bankruptcy Judge

NOTICE OF JUDGMENT OR ORDER
ENTERED ON DOCKET:  Jul 9 2021

---

[1] Insert date that is 14 days from the date the Certification was originally due.

[oext1328 ver.12/11]